UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>JAMES E. TILTON, SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Respondent. | Case No. CV 08-2743-ABC(RC)<br><br>JUDGMENT |

　　　Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

　　　IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

　　　DATE: December 2, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&Rs\08-2743.jud
10/30/08